■ In the Matter of EARL A. RAWLINS.—Application for reinstatement as an attorney and counselor-at-law in the State of New York granted effective June 4, 1987. Concur—Murphy, P. J., Kupferman, Sandler, Sullivan and Ross, JJ.